

# IN THE
# TENTH COURT OF APPEALS

---

### No. 10-19-00194-CV

## IN RE BRAYDEN CROOK
## AND JONATHAN CROOK

---

### Original Proceeding

---

## MEMORANDUM  OPINION

---

Relators' petition for writ of mandamus is denied.

Relators' Motion for Emergency Relief and Real Party in Interest's Motion to

Dismiss as Moot are dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,*
      Justice Davis, and
      Justice Neill
      (*Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed June 19, 2019
[OT06]

